KAREN NELSON MOORE, Circuit Judge,
dissenting in part.
I dissent from Part IV of the opinion. I would not resolve the ineffective-assistance-of-counsel claim on this record. Generally, we do not review such claims on direct appeal where the record is not fully developed. See United States v. Penaloza, 648 Fed.Appx. 508, 529 (6th Cir. 2016). Here the record is thin regarding why the facts underlying the firearm enhancement were included in Singleton’s plea agreement when the sentencing-related stipulations did not contemplate application of a firearm enhancement. The ineffective-assistance issue should be resolved in a 28 U.S.C. § 2255 proceeding rather than on direct appeal.